**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shakita Monica Scott** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 18-01655 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $ 115,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................... | $ 27,720.68 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $ 142,720.68 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 128,909.39 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 3,200.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 4,530.92 |
| **Your total liabilities** | $ 136,640.31 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................ | $ 4,359.33 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................ | $ 3,789.58 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Bobby Lorenzo Scott**
Debtor 2   **Shakita Monica Scott**

Case number *(if known)* **18-01655**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 6,070.34

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,200.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 3,200.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Shakita Monica Scott** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-01655** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | **What is the property?** Check all that apply | | |
|---|---|---|---|---|
| | **1040 CORAL BEAN WAY** | ■ Single-family home | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | | |
| | | ☐ Condominium or cooperative | | |
| | **Columbia      SC    29229-0000** | ☐ Manufactured or mobile home | | **Current value of the entire property?**    **Current value of the portion you own?** |
| | City     State     ZIP Code | ☐ Land | | $115,000.00      $115,000.00 |
| | | ☐ Investment property | | |
| | | ☐ Timeshare | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | | ☐ Other _____ | | **Fee Simple** |
| | **Richland** | **Who has an interest in the property?** Check one | | |
| | County | ☐ Debtor 1 only | | |
| | | ☐ Debtor 2 only | | |
| | | ■ Debtor 1 and Debtor 2 only | | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | | |

Other information you wish to add about this item, such as local property identification number:

**DEBTORS RESIDENCE-1040 CORAL BEAN WAY, COLUMBIA SC 29229, RICHLAND COUNTY, (3) BEDROOM HOUSE, TMS# (R17512-01-05), TAX APPRAISAL VALUE ($81,700), SEE ATTACHED TAX APPRAISAL**

**DEBTORS ESTIMATES VALUE AT ($115,000)**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| $115,000.00 |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    **Bobby Lorenzo Scott**
Debtor 2    **Shakita Monica Scott**

Case number *(if known)*    **18-01655**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **KIA** | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

Model:   **OPTIMA**

Year:   **2012**

Approximate mileage:   **100,000**

Other information:

**2012 KIA OPTIMA: VIN# (KNAGM4A7705304549), (4) DOOR, (4) CYLINDER, (100,000) MILES, NADA VALUE ($7,425)**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

**Current value of the entire property?**   $7,425.00

**Current value of the portion you own?**   $7,425.00

---

| 3.2 | Make: | **CHRYSLER** |
|---|---|---|

Model:   **PT CRUISER**

Year:   **2002**

Approximate mileage:   **150,000**

Other information:

**2002 CHRYSLER PT CRUISER: VIN# (), (4) DOOR, (4) CYLINDER, (150,000) MILES, NADA VALUE ($975)**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $975.00

**Current value of the portion you own?**   $975.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   $8,400.00

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   **HOUSEHOLD GOODS: COUCH, LOVESEAT, TABLES, CHAIRS, BEDS, DRESSERS, LAMPS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER**   $1,750.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   **HOUSEHOLD GOODS: TVS, DVD PLAYERS, COMPUTER**   $700.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Bobby Lorenzo Scott**

Debtor 2    **Shakita Monica Scott**

Case number *(if known)*    **18-01655**

---

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No

    ☑ Yes. Describe.....

    | BOOKS | $50.00 |
    |---|---|

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe.....

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe.....

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe.....

    | CLOTHING | $650.00 |
    |---|---|

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe.....

    | JEWELRY | $1,250.00 |
    |---|---|

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe.....

    | ANIMALS: YORKIE | $50.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................

    | $4,450.00 |
    |---|

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes...........................................................................................................

---

Official Form 106A/B

Schedule A/B: Property

page 3

| Debtor 1 | **Bobby Lorenzo Scott** |
|---|---|
| Debtor 2 | **Shakita Monica Scott** |

Case number *(if known)*    **18-01655**

|  | CASH ON HAND | $45.00 |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................    Institution name:

| 17.1. | **Checking** | **PALMETTO CITIZENS FEDERAL CREDIT UNION: CHECKING ACCOUNT# (S10.4)** | $14.52 |
|---|---|---|---|
| 17.2. | **Checking** | **PALMETTO CITIZENS FEDERAL CREDIT UNION: CHECKING ACCOUNT# (S10.5)** | $53.34 |
| 17.3. | **Savings** | **PALMETTO CITIZENS FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (S1)** | $252.82 |
| 17.4. | **Savings** | **ALLSOUTH FEDERAL CREDIT UNION: SAVINGS ACCOUNT** | $5.00 |
| 17.5. | **Checking** | **ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................
    Name of entity:                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
    Type of account:                    Institution name:

| **Pension** | **RETIREMENT PROGRAM: SOUTH CAROLINA RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($4,500), CASH SURRENDER VALUE OF PROGRAM ($0.00)** | $4,500.00 |
|---|---|---|
| **Pension** | **RETIREMENT PROGRAM: SOUTH CAROLINA RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($4,000), CASH SURRENDER VALUE OF PROGRAM ($0.00)** | $4,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Bobby Lorenzo Scott**

Debtor 2    **Shakita Monica Scott**

Case number *(if known)*    **18-01655**

| Pension | RETIREMENT PROGRAM: SOUTH CAROLINA POLICE RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($6,000), CASH SURRENDER VALUE OF PROGRAM ($0.00) | $6,000.00 |
|---|---|---|

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

Company name:        Beneficiary:        Surrender or refund value:

Debtor 1    **Bobby Lorenzo Scott**

Debtor 2    **Shakita Monica Scott**

Case number *(if known)*    **18-01655**

| | | |
|---|---|---|
| **CIGNA LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($300,000), CASH SURRENDER VALUE OF POLICY ($0.00** | SPOUSE | **$0.00** |
| **CIGNA LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($300,000), CASH SURRENDER VALUE OF POLICY ($0.00)** | SPOUSE | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................

**$14,870.68**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

**$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| Debtor 2 | **Shakita Monica Scott** |

Case number *(if known)* **18-01655**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ..................................................................................................... | **$115,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$8,400.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,450.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$14,870.68** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** |

| 62. | **Total personal property.** Add lines 56 through 61... | **$27,720.68** | Copy personal property total | **$27,720.68** |
|---|---|---|---|---|

| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$142,720.68** |
|---|---|---|

Assessor Data Page

The information provided on this page reflects data as of December 31, 2017 and should be used for reference only.
For official assessment information, please contact the Richland County Assessor's Office.

Information presented on the Assessor's Database is collected, organized and provided for the convenience of the
user and is intended solely for informational purposes. **ANY USER THEREOF OR RELIANCE THEREON IS AT THE
SOLE DISCRETION, RISK AND RESPONSIBILITY OF THE USER.** While every attempt is made to provide
information that is accurate at the date of publication, portions of such information may be incorrect or not current.
**RICHLAND COUNTY HEREBY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, AS TO ITS
ACCURACY, COMPLETENESS OR FITNESS FOR ANY PARTICULAR PURPOSE.** All official records of the County
and the countywide elected officials are on file in their respective offices and may be viewed by the public at those
offices.

## Owner Information

| | |
|---|---|
| Tax Map Number: | R17512-01-05 |
| Owner: | SCOTT BOBBY L & |
| Address 1: | /SHAKITA M JOSEPH |
| Address 2: | 1040 CORALBEAN WAY |
| Address 3 | |
| City/State/Zip: | COLUMBIA SC 29229 |
| Property Location/Code: | 1040 CORALBEAN WAY |

## Tax Information

| | |
|---|---|
| Year: | 2017 |
| Property Tax Relief: | ($1,050.32) |
| Local Option Sales Tax Credit: | ($119.69) |
| Tax Amount: | $957.93 |
| Paid: | Yes |
| Homestead: | No |
| Assessed: | $3,270.00 |

## Assessment Information

| | | | |
|---|---|---|---|
| Year Of Assessment: | 2017 | Legal Residence: | Yes |
| Tax District: | 2DP | Sewer Connection: | CITY |
| Acreage Of Parcel: | 0.00 | Water Connection: | CITY |
| Non-Agriculture Value: | $25,000.00 | Agriculture Value: | $0.00 |
| Building Value: | $56,700.00 | Improvements: | $0.00 |
| Taxable Value: | $81,700.00 | | |
| Zoning: | PDD | PLANNED DEVELOPMENT | |

## Property Information

| | | | |
|---|---|---|---|
| Legal Description: | LOT 70 | | #SU BROOKHAVEN PHASE I |
| | 55X155X55X155 | | #PR RB1065-1446 RB1095-2984 |
| Land Type: | RESIDENTIAL LAND | | |

## Sales History

| Current Owner Name | Sale Date | V/I | Book/Page | Sale Price | Qual Code |
|---|---|---|---|---|---|
| SCOTT BOBBY L & | 09/19/2006 | I | R1231/ 83 | $112,478.00 | Q |
| MUNGO HOMES INC | 09/18/2006 | I | R1231/ 78 | $5.00 | 9 |
| MUNGO COMPANY INC THE | 06/23/2005 | V | R1066/ 3259 | $5.00 | 9 |

Qualification Code Definitions

## Structure Information

| Building Number | Year Structure Was Assessed | Building Description | Actual Year Built | Number Of Bathrooms | Number Of Bedrooms | Total Number Of Stories | Heated Square Footage | Total Square Footage |
|---|---|---|---|---|---|---|---|---|
| 1 | 2014 | SGL FAM - WALL GROUP 3 | 2006 | 2.0 | 3 | 1.0 | 1252 | 1659 |
| 1 | 2009 | SGL FAM - WALL GROUP 3 | 2006 | 2.0 | 3 | 1.0 | 1252 | 1659 |

## Structure Details

| Structure Type | Structure Description | Building Number |
|---|---|---|
| Building Element | AC TYPE...HEAT PUMP | 1 |
| Building Element | ALARM/SMOKE...ALARM/SMOKE | 1 |
| Building Element | ARCHITECTURAL STYLE...CONVENTIONAL | 1 |
| Building Element | BUILDING SHAPE...IRREGULAR | 1 |
| Building Element | DISHWASHER...DISHWASHER | 1 |
| Building Element | DISPOSAL...DISPOSAL | 1 |
| Building Element | ELECTRICAL...AVERAGE | 1 |
| Building Element | EXTERIOR WALL 1...ALUMINUM OR VINYL | 1 |
| Building Element | FOUNDATION...CONTINUOUS FOOTING | 1 |
| Building Element | HEAT TYPE/FUEL...FORCED AIR DUC/ELEC | 1 |
| Building Element | INSULATION...AVERAGE | 1 |
| Building Element | INTERIOR FLOOR 1...CARPET | 1 |
| Building Element | INTERIOR WALL 1...3-PLASTER/DRYWALL | 1 |
| Building Element | OVEN/RANGE...OVEN/RANGE | 1 |
| Building Element | ROOF COVER...ASPHALT SHINGLE | 1 |
| Building Element | ROOF STRUCTURE...GABLE OR HIP | 1 |
| Building Element | STRUCTURAL FRAME...WOOD FRAME | 1 |

## Exemptions

| Exemption Year | Exemption Description |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shakita Monica Scott** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 18-01655 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-1040 CORAL BEAN WAY, COLUMBIA SC 29229, RICHLAND COUNTY, (3) BEDROOM HOUSE, TMS# (R17512-01-05), TAX APPRAISAL VALUE ($81,700), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTORS ESTIMATES VALUE AT ($115,000)**<br>Line from *Schedule A/B*: **1.1** | $115,000.00 | ☑ $106,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |
| **2012 KIA OPTIMA: VIN# (KNAGM4A7705304549), (4) DOOR, (4) CYLINDER, (100,000) MILES, NADA VALUE ($7,425)**<br>Line from *Schedule A/B*: **3.1** | $7,425.00 | ☑ $5,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| **2002 CHRYSLER PT CRUISER: VIN# (), (4) DOOR, (4) CYLINDER, (150,000) MILES, NADA VALUE ($975)**<br>Line from *Schedule A/B*: **3.2** | $975.00 | ☑ $5,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number (if known) | **18-01655** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS: COUCH, LOVESEAT, TABLES, CHAIRS, BEDS, DRESSERS, LAMPS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER**<br>Line from *Schedule A/B*: **6.1** | $1,750.00 | ■ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **HOUSEHOLD GOODS: TVS, DVD PLAYERS, COMPUTER**<br>Line from *Schedule A/B*: **7.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **BOOKS**<br>Line from *Schedule A/B*: **8.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $650.00 | ■ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $1,250.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **ANIMALS: YORKIE**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $45.00 | ■ $45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $45.00 of unused Homestead Exemption** |
| **Checking: PALMETTO CITIZENS FEDERAL CREDIT UNION: CHECKING ACCOUNT# (S10.4)**<br>Line from *Schedule A/B*: **17.1** | $14.52 | ■ $14.52<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $14.52 of unused Homestead Exemption** |
| **Checking: PALMETTO CITIZENS FEDERAL CREDIT UNION: CHECKING ACCOUNT# (S10.5)**<br>Line from *Schedule A/B*: **17.2** | $53.34 | ■ $53.34<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $53.34 of unused Homestead Exemption** |
| **Savings: PALMETTO CITIZENS FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (S1)**<br>Line from *Schedule A/B*: **17.3** | $252.82 | ■ $252.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $252.82 of unused Homestead Exemption** |
| **Savings: ALLSOUTH FEDERAL CREDIT UNION: SAVINGS ACCOUNT**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $5.00 of unused Homestead Exemption** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number (if known) | **18-01655** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT**<br>Line from *Schedule A/B*: **17.5** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $0.00 of unused Homestead Exemption** |
| **Pension: RETIREMENT PROGRAM: SOUTH CAROLINA RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($4,500), CASH SURRENDER VALUE OF PROGRAM ($0.00)**<br>Line from *Schedule A/B*: **21.1** | $4,500.00 | ■ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| **Pension: RETIREMENT PROGRAM: SOUTH CAROLINA RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($4,000), CASH SURRENDER VALUE OF PROGRAM ($0.00)**<br>Line from *Schedule A/B*: **21.2** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| **Pension: RETIREMENT PROGRAM: SOUTH CAROLINA POLICE RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($6,000), CASH SURRENDER VALUE OF PROGRAM ($0.00)**<br>Line from *Schedule A/B*: **21.3** | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-11-270** |
| **CIGNA LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($300,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>**Beneficiary: SPOUSE**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |
| **CIGNA LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($300,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>**Beneficiary: SPOUSE**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Shakita Monica Scott** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-01655** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** BROOKHAVEN COMMUNITY ASSOCIATION

Creditor's Name

4910 TRENHOLM ROAD SUITE C
Columbia, SC 29206

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    | $235.00 | $115,000.00 | $235.00

DEBTORS RESIDENCE-1040 CORAL BEAN WAY, COLUMBIA SC 29229: ARREARAGE TO BE PAID IN PLAN, TO BE RESUMED MAY 2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    Homeowners Association Fees

Date debt was incurred  **1/18**          Last 4 digits of account number    **2377**

**2.2** KIA MOTOR FINANCE

Creditor's Name

PO BOX 20825
Fountain Valley, CA 92728

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    | $1,800.00 | $7,425.00 | $0.00

2012 KIA OPTIMA: TO BE PAID IN PLAN

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

Debtor 1    **Bobby Lorenzo Scott**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2    **Shakita Monica Scott**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if know)    **18-01655**

☐ Check if this claim relates to a
　community debt

■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred    **8/12**

Last 4 digits of account number    **7258**

---

| 2.3 | **LVNV FUNDING** | Describe the property that secures the claim: | **$5,081.57** | **$115,000.00** | **$5,081.57** |

Creditor's Name

Describe the property that secures the claim:

**DEBTORS RESIDENCE-1040 CORAL BEAN WAY, COLUMBIA SC 29229: 522(F) VOIDABLE**

**1900 BARNWELL STREET
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **4/08**

Last 4 digits of account number    **5247**

---

| 2.4 | **SECURITY FINANCE** | Describe the property that secures the claim: | **$700.00** | **$1,750.00** | **$0.00** |

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**1111 TAYLOR ST
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred    **1/17**

Last 4 digits of account number    **2377**

---

| 2.5 | **SECURITY FINANCE** | Describe the property that secures the claim: | **$193.00** | **$1,750.00** | **$0.00** |

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**1111 TAYLOR ST
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Bobby Lorenzo Scott**

    First Name        Middle Name          Last Name

Debtor 2 **Shakita Monica Scott**

    First Name        Middle Name          Last Name

Case number (if know)  **18-01655**

---

☐ **Check if this claim relates to a community debt**    ■ Other (including a right to offset)  **Non-Purchase Money Security**

Date debt was incurred  **1/17**    Last 4 digits of account number  **5247**

---

| 2.6 **SETERUS** | Describe the property that secures the claim: | $120,899.82 | $115,000.00 | $5,899.82 |

Creditor's Name

| **DEBTORS RESIDENCE-1040 CORAL BEAN WAY, COLUMBIA SC 29229: ARREARAGE TO BE ADDRESSED BY LOAN MODIFICATION** |

**PO BOX 1077**
**Hartford, CT 06143**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred  **9/06**    Last 4 digits of account number  **0690**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$128,909.39** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$128,909.39** |

---

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**RICHLAND COUNTY CLERK OF COURT**
**1701 MAIN STREET, #205**
**Columbia, SC 29201**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**RICHLAND COUNTY MASTER IN EQUITY**
**THE HONORABLE JUDGE JOSEPH M STRICKLAND**
**1701 MAIN STREET, ROOM 212**
**Columbia, SC 29201**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**SCOTT AND CORLEY, PA**
**PO BOX 2065**
**Columbia, SC 29202**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Shakita Monica Scott** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number | **18-01655** | |
| (if known) | | ☐ Check if this is an amended filing |

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **IRS** | | | |
| | Priority Creditor's Name | | | |
| | **PO BOX 7346** | | | |
| | **Philadelphia, PA 19101-7346** | | | |

Last 4 digits of account number **2377**    **$3,000.00**    **$3,000.00**    **$0.00**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Federal Income Taxes**

---

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | **SC DEPT OF REVENUE** | | | |
| | Priority Creditor's Name | | | |
| | **PO BOX 12265** | | | |
| | **Columbia, SC 29211** | | | |

Last 4 digits of account number **2377**    **$200.00**    **$200.00**    **$0.00**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**State Taxes**

| Debtor 1 | **Bobby Lorenzo Scott** |
|----------|-------------------------|
| Debtor 2 | **Shakita Monica Scott** |

Case number (if know)    **18-01655**

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | **Total claim** |
|--|--|--|-----------------|

| **4.1** | **AP LABORATORIES** | **Last 4 digits of account number**    9072 | **$87.20** |
|---------|---------------------|---------------------------------------------|------------|

Nonpriority Creditor's Name
**PO BOX 2697**
**Statesboro, GA 30459**
Number Street City State Zip Code

**When was the debt incurred?**    9/17

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Bills**

---

| **4.2** | **ASSOCIATES IN GASTROENTEROLOGY** | **Last 4 digits of account number**    7941 | **$59.65** |
|---------|-------------------------------------|---------------------------------------------|------------|

Nonpriority Creditor's Name
**1070 WILDWOOD CENTER DRIVE**
**Columbia, SC 29229**
Number Street City State Zip Code

**When was the debt incurred?**    8/17

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Bills**

Debtor 1  **Bobby Lorenzo Scott**
Debtor 2  **Shakita Monica Scott**

Case number (if know)    **18-01655**

---

| 4.3 | **BERKELEY ENDOSCOPY CENTER** | Last 4 digits of account number | **7941** | $56.00 |

Nonpriority Creditor's Name
**1072 WILDWOOD CENTER**
**Columbia, SC 29229**
Number Street City State Zip Code

When was the debt incurred?    **9/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| 4.4 | **CAPITAL ONE** | Last 4 digits of account number | **2377** | $406.00 |

Nonpriority Creditor's Name
**PO BOX 71083**
**Charlotte, NC 28272**
Number Street City State Zip Code

When was the debt incurred?    **1/13**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.5 | **FIRST FINANCIAL ASSET** | Last 4 digits of account number | **0501** | $111.24 |

Nonpriority Creditor's Name
**3091 GOVERNERS LAKE DRIVE**
**SUITE 500**
**Norcross, GA 30071**
Number Street City State Zip Code

When was the debt incurred?    **1/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Bobby Lorenzo Scott**
Debtor 2    **Shakita Monica Scott**

Case number (if know)    **18-01655**

---

| 4.6 | **IRS** | Last 4 digits of account number | **2377** | $2,000.00 |

Nonpriority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured Federal Income Taxes**

---

| 4.7 | **PALMETTO CITIZENS FEDERAL CREDIT UNION** | Last 4 digits of account number | **2377** | $0.00 |

Nonpriority Creditor's Name
**PO BOX 5846**
**Columbia, SC 29250**
Number Street City State Zip Code

When was the debt incurred?    **1/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

| 4.8 | **PMAB** | Last 4 digits of account number | **0031** | $864.00 |

Nonpriority Creditor's Name
**PO BOX 12150**
**Charlotte, NC 28220**
Number Street City State Zip Code

When was the debt incurred?    **8/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections**

---

Debtor 1  **Bobby Lorenzo Scott**
Debtor 2  **Shakita Monica Scott**

Case number (if know)    **18-01655**

---

| 4.9 | **RECEIVABLE MANAGEMENT** | Last 4 digits of account number | **7992** | $465.55 |

Nonpriority Creditor's Name
**PO BOX 50685**
**Columbia, SC 29250**
Number Street City State Zip Code

When was the debt incurred?    **6/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections**

---

| 4.10 | **RICHLAND COUNTY TREASURER** | Last 4 digits of account number | **2377** | $0.00 |

Nonpriority Creditor's Name
**PO BOX 11947**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

| 4.11 | **SANDLAPPER ELEMENTARY SCHOOL** | Last 4 digits of account number | **5247** | $360.00 |

Nonpriority Creditor's Name
**1001 LONGTOWN ROAD**
**Columbia, SC 29229**
Number Street City State Zip Code

When was the debt incurred?    **1/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

Debtor 1  **Bobby Lorenzo Scott**
Debtor 2  **Shakita Monica Scott**

Case number (if know)   **18-01655**

| 4.1 2 | **SC HEART CENTER** | Last 4 digits of account number | **2482** | | **$121.28** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**500 VIRGINIA DRIVE, STE 514**
**Fort Washington, PA 19034**

Number Street City State Zip Code

**When was the debt incurred?**   **9/17**

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical Bills**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**
**950 PENNSYLVANIA AVE, NW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**
**950 PENNSYLVANIA AVE, NW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US ATTORNEY'S OFFICE**
**ATTN DOUG BARNETT**
**1441 MAIN ST STE 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US ATTORNEY'S OFFICE**
**ATTN DOUG BARNETT**
**1441 MAIN ST STE 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 3,200.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |

---

Debtor 1 **Bobby Lorenzo Scott**

Debtor 2 **Shakita Monica Scott**

Case number (if know) **18-01655**

| | | | | | |
|---|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **3,200.00** |

**Total claims from Part 2**

| | | | | | |
|---|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | **Total Claim** | |
| | | | | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **4,530.92** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **4,530.92** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Shakita Monica Scott** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-01655** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.2** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.3** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.4** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.5** Name<br>Number   Street<br>City   State   ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Shakita Monica Scott** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-01655 |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1**

Name

Number      Street
City                         State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name

Number      Street
City                         State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| Debtor 2 (Spouse, if filing) | **Shakita Monica Scott** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-01655** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **BILLING SPECIALIST** | **DEPUTY SHERIFF** |
| Employer's name | **ENSTAR GROUP** | **RICHLAND COUNTY SHERIFFS DEPT** |
| Employer's address | **221 DAWSON ROAD**<br>**Columbia, SC 29229** | **5623 TWO NOTCH ROAD**<br>**Columbia, SC 29223** |
| How long employed there? | **3 MONTHS** | **2 YEARS** |

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **2,750.00** | $ **2,882.85** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ **2,750.00** | $ **2,882.85** |

| Debtor 1 | **Bobby Lorenzo Scott** | | |
| Debtor 2 | **Shakita Monica Scott** | Case number (if known) | **18-01655** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** ...................................................... 4. | $ **2,750.00** | $ **2,882.85** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **369.54** | $ **343.96** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **281.07** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **398.84** | $ **269.04** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ **768.38**    $ **894.07**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ **1,981.62**    $ **1,988.78**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: **P/T KOHL (GR$437.49 - TX$48.56)** | 8h.+ | $ **388.93** + | $ **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ **388.93**    $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ **2,370.55** + $ **1,988.78** = $ **4,359.33**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify:    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. $ **4,359.33**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **DEBTORS DO NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| MSM | 105498 | 040100 | | 00000110173 | 1 |

**Earnings Statement**

ADP®

*ENSTAR US INC.*
*150 2ND AVE N. 3RD FLOOR*
*ST PETERSBURG   FL 33701*

| | |
|---|---|
| Period Beginning: | 03/01/2018 |
| Period Ending: | 03/15/2018 |
| Pay Date: | 03/15/2018 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal                                3
SC:                                       3

**BOBBY  LORENZO  SCOTT**
**104  WATER  WHEEL  WAY**
**COLUMBIA   SC  29229**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1375.00 | 73.75 | 1,375.00 | 5,140.39 |
| Holiday | | 7.50 | | |
| Gross Pay | | | $1,375.00 | 5,140.39 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | −33.83 | 103.05 |
| | Social Security Tax | −83.23 | 312.63 |
| | Medicare Tax | −19.46 | 73.11 |
| | SC State Income Tax | −48.25 | 172.55 |
| | **Other** | | |
| | Hsa Dental Vision | −21.75* | 110.25 |
| | Hsa Health | −174.03 | 348.06 |
| | Vol Ad&D Child | −0.13 | 0.39 |
| | Vol Ad&D Ee | −2.21 | 6.63 |
| | Vol Ad&D Sp | −1.30 | 3.90 |
| | Net Pay | $975.81 | |
| | Checking 1 | −975.81 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| G.T.L. | 4.09 | 12.27 |
| Hsa Er Contr | 1,210.00 | 1,210.00 |
| Sick Balance | 42.82 | |
| 401K Eligible W | 1,375.00 | 5,140.39 |

**Important Notes**
COMPANY  PH#: 201-651-5269

**\*  Excluded  from  federal  taxable  wages**

Your federal taxable wages this period are
$1,338.25

© 2000 ADP, LLC

*ENSTAR US INC.*
*150 2ND AVE N. 3RD FLOOR*
*ST PETERSBURG FL 33701*

| Advice number: | 00000110173 |
|----------------|-------------|
| Pay date: | 03/15/2018 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|--------------------------------|-----------------|--------------|--------|
| BOBBY  LORENZO  SCOTT | xx5403 | XXXX  XXXX | $975.81 |

**NON−NEGOTIABLE**

## Earnings Statement

**ADP**

ENSTAR US INC.
150 2ND AVE N. 3RD FLOOR
ST PETERSBURG    FL 33701

| | |
|---|---|
| Period Beginning: | 03/16/2018 |
| Period Ending: | 03/31/2018 |
| Pay Date: | 03/29/2018 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Fed:                3
SC:                 3

**BOBBY LORENZO SCOTT
104 WATER WHEEL WAY
COLUMBIA SC 29229**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1375.00 | 78.75 | 1,375.00 | 6,515.39 |
| Sick | | 2.50 | | |
| **Gross Pay** | | | **$1,375.00** | 6,515.39 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -29.71 | 132.76 | |
| | Social Security Tax | -83.22 | 395.85 | |
| | Medicare Tax | -19.47 | 92.58 | |
| | SC State Income Tax | -45.47 | 218.02 | |
| | **Other** | | | |
| | Hsa Dental Vision | -36.75* | 147.00 | |
| | Hsa Health | -174.03 | 522.09 | |
| | Vol Ad&D Child | -0.13 | 0.52 | |
| | Vol Ad&D Ee | -2.21 | 8.84 | |
| | Vol Ad&D Sp | -1.30 | 5.20 | |
| | 401K | -41.25* | 41.25 | |
| | **Net Pay** | | **$941.46** | |
| | Checking 1 | -941.46 | | |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 41.25 | 41.25 |
| G.T.L. | 4.09 | 16.36 |
| Sick Balance | 40.32 | |
| 401K Eligible W | 1,375.00 | 6,515.39 |
| Hsa Er Contr | | 1,210.00 |

**Important Notes**
COMPANY PH#: 201-651-5269

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,297.00

©2000 ADP, LLC

ENSTAR US INC.
150 2ND AVE N. 3RD FLOOR
ST PETERSBURG FL 33701

Advice number:        **00000130167**
Pay date:                03/29/2018

THIS IS NOT A CHECK

Deposited to the account of      account number      tran sit ABA          amount
BOBBY LORENZO SCOTT                     xx5403       xxx  X xxxx         $941.46

NON-NEGOTIABLE

Payslip: Bobby Scott (2914664) - 02/24/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 1 of 2

Payslip-03_02_2018.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Kohl's Department Stores Inc. | N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 United States of America | +1 (262) 703-7000 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Bobby Scott | 2914664 | 02/18/2018 | 02/24/2018 | 03/02/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 55.45 | 0.00 | 5.20 | 0.00 | 50.25 |
| YTD | 857.87 | 0.00 | 98.02 | 0.00 | 759.85 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 72.72 |
| Recognition Bonus | | | | | 40.00 |
| Regular Hourly Earnings | 02/18/2018 - 02/24/2018 | 6.10 | 9.09 | 55.45 | 745.15 |
| | | | Total: | 55.45 | 857.87 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 3.44 | 53.19 |
| Medicare | 0.80 | 12.44 |
| Federal Withholding | | 10.00 |
| State Tax - SC | 0.96 | 22.39 |
| Total: | 5.20 | 98.02 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 55.45 | 857.87 |
| Medicare - Taxable Wages | 55.45 | 857.87 |
| Federal Withholding - Taxable Wages | 55.45 | 857.87 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0.00 | 0.00 | 0.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Bobby Scott | PALMETTO | PALMETTO | ******5403 | 50.25 | USD |

Payslip: Bobby Scott (2914664): 02/24/2018
(Regular) - Complete

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---------|------|--------------|----------------|------------------------------|--------------------|
| (2914664) - 03/02/2018 | CITIZENS FCU | CITIZENS FCU ******5403 | | | |
| | | | | Total: | 50.25 |

Payslip: Bobby Scott (2914664): 03/03/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 1 of 2

Payslip-03_09_2018.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Kohl's Department Stores Inc. | N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051<br>United States of America | +1 (262) 703-7000 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Bobby Scott | 2914664 | 02/25/2018 | 03/03/2018 | 03/09/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 133.27 | 0.00 | 13.95 | 0.00 | 119.32 |
| YTD | 991.14 | 0.00 | 111.97 | 0.00 | 879.17 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 72.72 |
| Recognition Bonus | | | | | 40.00 |
| Regular Hourly Earnings | 02/25/2018 - 03/03/2018 | 14.66 | 9.09 | 133.27 | 878.42 |
| | | | Total: | 133.27 | 991.14 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 8.26 | 61.45 |
| Medicare | 1.93 | 14.37 |
| Federal Withholding | | 10.00 |
| State Tax - SC | 3.76 | 26.15 |
| Total: | 13.95 | 111.97 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 133.27 | 991.14 |
| Medicare - Taxable Wages | 133.27 | 991.14 |
| Federal Withholding - Taxable Wages | 133.27 | 991.14 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0.00 | 0.00 | 0.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Bobby Scott | PALMETTO | PALMETTO | ******5403 | 119.32 USD | |

Payslip: Bobby Scott (2914664), 03/03/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 2 of 2

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---------|------|--------------|----------------|------------------------------|--------------------|
| (2914664) - 03/09/2018 | CITIZENS FCU | CITIZENS FCU ******5403 | | | |
| | | | | Total: | 119.32 |

Payslip: Bobby Scott (2914664): 03/10/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 1 of 2

Payslip-03_16_2018.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Kohl's Department Stores Inc. | N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051<br>United States of America | +1 (262) 703-7000 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Bobby Scott | 2914664 | 03/04/2018 | 03/10/2018 | 03/16/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 117.09 | 0.00 | 12.06 | 0.00 | 105.03 |
| YTD | 1,108.23 | 0.00 | 124.03 | 0.00 | 984.20 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 72.72 |
| Recognition Bonus | | | | | 40.00 |
| Regular Hourly Earnings | 03/04/2018 - 03/10/2018 | 12.88 | 9.09 | 117.09 | 995.51 |
| | | | Total: | 117.09 | 1,108.23 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 7.26 | 68.71 |
| Medicare | 1.70 | 16.07 |
| Federal Withholding | | 10.00 |
| State Tax - SC | 3.10 | 29.25 |
| Total: | 12.06 | 124.03 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 117.09 | 1,108.23 |
| Medicare - Taxable Wages | 117.09 | 1,108.23 |
| Federal Withholding - Taxable Wages | 117.09 | 1,108.23 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0.00 | 0.00 | 0.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Bobby Scott | PALMETTO | PALMETTO | ******5403 | 105.03 USD | |

Payslip: Bobby Scott (2914664): 03/10/2018
(Regular) - Complete

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---------|------|--------------|----------------|------------------------------|---------------------|
| (2914664) - 03/16/2018 | CITIZENS FCU | CITIZENS FCU ******5403 | | | |
| | | | | Total: 105.03 | |

Payslip: Bobby Scott (2914664): 03/17/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 1 of 2

Payslip-03_23_2018.pdf

## Company Information

| Name | Address | Phone |
|---|---|---|
| Kohl's Department Stores Inc. | N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 United States of America | +1 (262) 703-7000 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Bobby Scott | 2914664 | 03/11/2018 | 03/17/2018 | 03/23/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 103.28 | 0.00 | 10.45 | 0.00 | 92.83 |
| YTD | 1,211.51 | 0.00 | 134.48 | 0.00 | 1,077.03 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 72.72 |
| Recognition Bonus | | | | | 40.00 |
| Regular Hourly Earnings | 03/11/2018 - 03/17/2018 | 11.36 | 9.09 | 103.28 | 1,098.79 |
| | | | Total: | 103.28 | 1,211.51 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 6.40 | 75.11 |
| Medicare | 1.50 | 17.57 |
| Federal Withholding | | 10.00 |
| State Tax - SC | 2.55 | 31.80 |
| Total: | 10.45 | 134.48 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 103.28 | 1,211.51 |
| Medicare - Taxable Wages | 103.28 | 1,211.51 |
| Federal Withholding - Taxable Wages | 103.28 | 1,211.51 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0.00 | 0.00 | 0.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Bobby Scott | PALMETTO | PALMETTO | ******5403 | 92.83 USD | |



Payslip: Bobby Scott (2914664): 03/17/2018
(Regular) - Complete

08:34 AM
03/28/2018
Page 2 of 2

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---------|------|--------------|----------------|------------------------------|--------------------|
| (2914664) - 03/23/2018 | CITIZENS FCU | CITIZENS FCU ******5403 | | | |
| | | | | Total: 92.83 | |

**Check Stub**                     SHAKITA MONICA SCOTT                     ?Help

| RICHLAND COUNTY | Employee Name: | SCOTT, SHAKITA MONICA | | | EFT No.: | 20781459 |
|---|---|---|---|---|---|---|
| FINANCE DEPT P.O. Box 192 Columbia, South Carolina | Employee ID: | 233824 | Period Begin: | 02/03/18 | Status/Exempt: M/3 Fed: | State: M/3 |
| | EFT Date: | 02/23/18 | Period Ending: | 02/16/18 | Additional WH. 0.00 Fed: | State: 0.00 |

| EARNINGS | | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Earnings | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| HRLY PAY | 49.00 | 14.542 | 712.54 | 3,635.38 | FICA-EE | 72.70 | 318.28 | PORSREG | 120.51 | 525.28 |
| HOLIDAY | | | | 494.40 | MEDI-EE | 17.01 | 74.44 | HEALTH E | 64.00 | 256.00 |
| FLOAT-H | | | | 123.60 | FIT | 12.89 | 103.90 | WELLCRDT | -25.00 | -100.00 |
| SICKHRLY | 24.00 | 14.542 | 349.00 | 523.50 | SIT | 32.83 | 157.43 | DENTAL E | 3.15 | 12.60 |
| ANNLHRLY | 12.00 | 14.542 | 174.50 | 610.75 | | | | MED REIM | 20.83 | 83.32 |
| | | | | | | | | VISION E | 0.54 | 2.16 |
| TOTAL EARNINGS: | | | 1,236.04 | 5,387.63 | TOTAL TAXES: | 135.43 | 654.05 | TOTAL PRE-TAX: | 184.03 | 779.36 |

| BANKING INFORMATION | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current Amount | YTD Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| Palmetto Citizens FCU | 880.93 | | FICA-ER | 72.70 | 318.28 | SUPLIFE | 22.50 | 90.00 |
| | | | MEDI-ER | 17.01 | 74.44 | CLIFE10K | 0.50 | 2.00 |
| | | | PORSREG | 200.73 | 874.94 | SLIFE30K | 2.25 | 9.00 |
| | | | HEALTH E | 417.31 | 1,669.24 | STDIS | 8.69 | 34.76 |
| | | | WELLCRDT | 25.00 | 100.00 | LTDIS | 1.71 | 6.84 |
| | | | DENTAL E | 15.35 | 61.40 | | | |
| | | | LIFE EMP | 2.75 | 11.00 | | | |
| | | | VISION E | 0.62 | 2.48 | | | |
| | | | TOTAL CONT: | 751.47 | 3,111.78 | TOTAL DED: | 35.65 | 142.60 |
| | | | | | | Net Pay | 880.93 | |

| Leave Record: | Accrual Description | Beginning Balance | Earned | Used | Adjusted | Ending Balance |
|---|---|---|---|---|---|---|
| | Vacation Balance | 20.15 | 3.27 | 12.00 | | 11.42 |
| | Sick Leave Balance | 82.43 | 3.93 | 24.00 | | 62.36 |

**Message**

🔙 Back                          🖨 Print

**Check Stub**

SHAKITA MONICA SCOTT



| | | Employee Name: | SCOTT, SHAKITA MONICA | | | EFT No.: | 20783499 |
|---|---|---|---|---|---|---|---|
| **RICHLAND COUNTY** FINANCE DEPT P.O. Box 192 Columbia, South Carolina | | Employee ID: | 233824 | Period Begin: | 02/17/18 | Status/Exempt: Fed: | M/3 State: M/3 |
| | EFT Date: | 03/09/18 | | Period Ending: | 03/02/18 | Additional WH. Fed: 0.00 | State:0.00 |

| EARNINGS | | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Earnings | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| HRLY PAY | 85.00 | 14.542 | 1,236.03 | 4,871.41 | FICA-EE | 80.36 | 398.64 | PORSREG | 132.56 | 657.84 |
| HOLIDAY | 8.50 | 14.542 | 123.60 | 618.00 | MEDI-EE | 18.79 | 93.23 | HEALTH E | 64.00 | 320.00 |
| FLOAT-H | | | | 123.60 | FIT | 24.05 | 127.95 | WELLCRDT | -25.00 | -125.00 |
| SICKHRLY | | | | 523.50 | SIT | 39.85 | 197.28 | DENTAL E | 3.15 | 15.75 |
| ANNLHRLY | | | | 610.75 | | | | MED REIM | 20.83 | 104.15 |
| | | | | | | | | VISION E | 0.54 | 2.70 |
| TOTAL EARNINGS: | | | 1,359.63 | 6,747.26 | TOTAL TAXES: | 163.05 | 817.10 | TOTAL PRE-TAX: | 196.08 | 975.44 |

| BANKING INFORMATION | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current Amount | YTD Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| Palmetto Citizens FCU | 964.85 | | FICA-ER | 80.36 | 398.64 | SUPLIFE | 22.50 | 112.50 |
| | | | MEDI-ER | 18.79 | 93.23 | CLIFE10K | 0.50 | 2.50 |
| | | | PORSREG | 220.80 | 1,095.74 | SLIFE30K | 2.25 | 11.25 |
| | | | HEALTH E | 417.31 | 2,086.55 | STDIS | 8.69 | 43.45 |
| | | | WELLCRDT | 25.00 | 125.00 | LTDIS | 1.71 | 8.55 |
| | | | DENTAL E | 15.35 | 76.75 | | | |
| | | | LIFE EMP | 2.75 | 13.75 | | | |
| | | | VISION E | 0.62 | 3.10 | | | |
| | | | TOTAL CONT: | 780.98 | 3,892.76 | TOTAL DED: | 35.65 | 178.25 |
| | | | | | | Net Pay | 964.85 | |

| Leave Record: | Accrual Description | Beginning Balance | Earned | Used | Adjusted | Ending Balance |
|---|---|---|---|---|---|---|
| | Vacation Balance | 11.42 | 3.27 | 0.00 | | 14.69 |
| | Sick Leave Balance | 62.36 | 3.93 | 0.00 | | 66.29 |
| **Message** | | | | | | |

⤺ Back

🖶 Print

**Check Stub**          SHAKITA MONICA SCOTT          ⏻Help

| | | | | |
|---|---|---|---|---|
| **RICHLAND COUNTY** | Employee Name: | SCOTT, SHAKITA MONICA | EFT No.: | 20785569 |
| FINANCE DEPT P.O. Box 192 Columbia, South Carolina | Employee ID: | 233824 | Period Begin: | 03/03/18 Status/Exempt: M/3 Fed:  State: M/3 |
| | EFT Date: | 03/23/18 | Period Ending: | 03/16/18 Additional WH. 0.00 State: 0.00 Fed: |

| EARNINGS | | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Earnings | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| HRLY PAY | 85.00 | 14.542 | 1,236.03 | 6,107.44 | FICA-EE | 72.69 | 471.33 | PORSREG | 120.51 | 778.35 |
| HOLIDAY | | | | 618.00 | MEDI-EE | 17.00 | 110.23 | HEALTH E | 64.00 | 384.00 |
| FLOAT-H | | | | 123.60 | FIT | 12.89 | 140.84 | WELLCRDT | -25.00 | -150.00 |
| SICKHRLY | | | | 523.50 | SIT | 32.83 | 230.11 | DENTAL E | 3.15 | 18.90 |
| ANNLHRLY | | | | 610.75 | | | | MED REIM | 20.83 | 124.98 |
| | | | | | | | | VISION E | 0.54 | 3.24 |
| TOTAL EARNINGS: | | | 1,236.03 | 7,983.29 | TOTAL TAXES: | 135.41 | 952.51 | TOTAL PRE-TAX: | 184.03 | 1,159.47 |

| BANKING INFORMATION | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current Amount | YTD Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| Palmetto Citizens FCU | 880.94 | | FICA-ER | 72.69 | 471.33 | SUPLIFE | 22.50 | 135.00 |
| | | | MEDI-ER | 17.00 | 110.23 | CLIFE10K | 0.50 | 3.00 |
| | | | PORSREG | 200.73 | 1,296.47 | SLIFE30K | 2.25 | 13.50 |
| | | | HEALTH E | 417.31 | 2,503.86 | STDIS | 8.69 | 52.14 |
| | | | WELLCRDT | 25.00 | 150.00 | LTDIS | 1.71 | 10.26 |
| | | | DENTAL E | 15.35 | 92.10 | | | |
| | | | LIFE EMP | 2.75 | 16.50 | | | |
| | | | VISION E | 0.62 | 3.72 | | | |
| | | | TOTAL CONT: | 751.45 | 4,644.21 | TOTAL DED: | 35.65 | 213.90 |
| | | | | | | Net Pay | | 880.94 |

| Leave Record: | Accrual Description | Beginning Balance | Earned | Used | Adjusted | Ending Balance |
|---|---|---|---|---|---|---|
| | Vacation Balance | 14.69 | 3.27 | 0.00 | | 17.96 |
| | Sick Leave Balance | 66.29 | 3.93 | 0.00 | | 70.22 |

**Message**

🖘 Back          🖶 Print

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| Debtor 2 (Spouse, if filing) | **Shakita Monica Scott** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-01655** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes.   Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **12** | ☐ No  ■ Yes |
   | **Son** | **19** | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ **796.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **14.58** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ **0.00** |

Debtor 1  **Bobby Lorenzo Scott**
Debtor 2  **Shakita Monica Scott** _____  Case number (if known)  **18-01655**

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 400.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 89.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 280.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 825.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 250.00 |
| 10. | **Personal care products and services** | | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 425.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 250.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **AUTO PROPERTY TAXES** | | 16. $ | 35.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | $ | 3,789.58 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,789.58 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,359.33 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,789.58 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 569.75 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here: **DEBTORS PRESENTLY WORKING ON LOAN MODIFICATION.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Shakita Monica Scott** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-01655** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Bobby Lorenzo Scott**                      X **/s/ Shakita Monica Scott**
  **Bobby Lorenzo Scott**                            **Shakita Monica Scott**
  Signature of Debtor 1                                Signature of Debtor 2

  Date **April 16, 2018**                            Date **April 16, 2018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bobby Lorenzo Scott** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shakita Monica Scott** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 18-01655 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $6,351.90 | ■ Wages, commissions, bonuses, tips | $7,983.29 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Bobby Lorenzo Scott |
|---|---|
| Debtor 2 | Shakita Monica Scott |

Case number *(if known)* **18-01655**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips | $27,000.00 | ■ Wages, commissions,<br>bonuses, tips | $15,000.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions,<br>bonuses, tips | $26,590.00 | ■ Wages, commissions,<br>bonuses, tips | $22,937.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
    and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
    winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | N/A | $0.00 | N/A | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | N/A | $0.00 | N/A | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | RETIREMENT | $7,429.00 | N/A | $0.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
    individual primarily for a personal, family, or household purpose."

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
       ☐   No.    Go to line 7.
       ☐   Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you
       paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
       not include payments to an attorney for this bankruptcy case.
       * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ■   Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

       ☐   No.    Go to line 7.
       ■   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
       include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
       attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number *(if known)* | **18-01655** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **KIA MOTOR FINANCE**<br>**PO BOX 20825**<br>**Fountain Valley, CA 92728** | **MARCH 2018** | **$1,000.00** | **$1,800.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **KIA MOTOR FINANCE**<br>**PO BOX 20825**<br>**Fountain Valley, CA 92728** | **FEBRUARY 2018** | **$500.00** | **$1,800.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SETERUS V BOBBY SCOTT AND SHAKITA SCOTT**<br>**2017-CP-40-05780** | **FORECLOSURE** | **RICHLAND COUNTY MASTER IN EQUITY THE HONORABLE JUDGE JOSEPH M STRICKLAND 1701 MAIN STREET, ROOM 212 Columbia, SC 29201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LVNV FUNDING V SHAKITA JOSEPH**<br>**2008-CP-40-02680** | **CIVIL** | **RICHLAND COUNTY CLERK OF COURT 1701 MAIN STREET, #205 Columbia, SC 29201** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**JUDGMENT** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number *(if known)* | **18-01655** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number *(if known)* | **18-01655** |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES: $589.00**<br>**FILING FEE: $310.00** | **MARCH 2018** | **$899.00** |
| **CC ADVISING, INC.**<br>**730 WASHINGTON AVE.**<br>**SUITE 230-D**<br>**Bay City, MI 48708-5732** | **CREDIT COUNSELING: $19.52** | **MARCH 2018** | **$19.52** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Bobby Lorenzo Scott** | |
|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | |
| | | Case number *(if known)*   **18-01655** |

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Bobby Lorenzo Scott** | | |
|---|---|---|---|
| Debtor 2 | **Shakita Monica Scott** | Case number *(if known)* | **18-01655** |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Bobby Lorenzo Scott | /s/ Shakita Monica Scott |
|---|---|
| **Bobby Lorenzo Scott** | **Shakita Monica Scott** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| Date | **April 16, 2018** | Date | **April 16, 2018** |
|---|---|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor 1    **Bobby Lorenzo Scott**
Debtor 2    **Shakita Monica Scott**                                    Case number (*if known*)    **18-01655**